(September 28, 1961)

CONNERS-STANDARD MARINE CORPORATION, Appellant, v. MORAN TOWING & TRANSPORTATION CO., INC., et al., Respondents.— No opinion. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

FIVE BORO ELECTRICAL CONTRACTORS ASSOCIATION, INC., et al., Respondents-Appellants, v. CITY OF NEW YORK, Appellant-Respondent, et al., Defendants.—

Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

JEROME J. COIN, Respondent, v. ABRAHAM LEBENKOFF, Appellant.—

Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.

JAMES IRWIN, Respondent, v. ATLANTIC MUTUAL INSURANCE COMPANY, Appellant.— No opinion. Concur — Botein, P. J., Breitel, Rabin, Eager and Noonan, JJ.